# Court of Appeals
# of the State of Georgia

ATLANTA, April 17, 2019

*The Court of Appeals hereby passes the following order:*

## A19E0045. FARAH et al. v. MARTINEZ et al.

Appellants Alicia Farah, Foxxie Real Estate Investments, LLC, Colossal Property Development, LLC, Eric Walton, and Pristine Palaces, LLC (collectively "Appellants") filed an application for interlocutory review in this Court on April 15, 2019. The application did not include the file stamped Certificate of Immediate Review as required under Court of Appeals Rule 30 (c).

On April 16, 2019, Appellants filed the instant emergency motion, seeking an extension of time to refile the application with the file stamped copy of the Certificate of Immediate Review. However, under our rules, there are no extensions of time to file interlocutory applications. See Court of Appeals Rule 30 (i). Accordingly, the emergency motion is DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/17/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , Clerk.